**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 18-10061-TPA |
| | : | |
| **John C. Lackatos,** | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 32 |
| **John C. Lackatos,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO DISMISS CHAPTER 13 CASE**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **May 1, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **May 15, 2019 at 9:30am** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>April 14, 2019</u>

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the MOTION TO DISMISS CHAPTER 13 CASE and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **April 14, 2019**

*By: /s/ Clarissa Bayhurst*
Clarissa Bayhurst, PARALEGAL
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Bay City OrthoCare LLC
2313 Peach Street
Erie, PA 16502-2822

CIOX Health
PO Box 409740
Atlanta, GA 30384-9740

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Citibank / Sears
Citicorp Credit Services
Po Box 790040
Saint Louis, MO 63179-0040

Community Medicine, Inc.
1024 West View Park Drive
Pittsburgh, PA 15229-1771

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

First National Bank
Attn: FNN Legal Dept
1620 Dodge Street
Mailstop Code 3290
Omaha, NE 68102-1593

First National Bank Of Pa
1 Fnb Boulevard
Hermitage, PA 16148-3363

First National Bank of Pennsylvania
4140 E. State Street
Hermitage, PA 16148-3401

(p)GATEWAY ONE LENDING & FINANCE LLC
175 N RIVERVIEW DRIVE
ANAHEIM CA 92808-1225

Jared Galleria / Gfs
375 Ghent Road
Akron, OH 44333-4601

John C. Lackatos
PO Box 729
Franklin, PA 16323-0729

MedCare Equipment Company LLC
PO Box 5029
Greensburg, PA 15601-5058

North American Partners in Anesthesia
PO Box 275
Glen Head, NY 11545-0275

Northwest Bank
PO Box 337
Warren, PA 16365-0337

(p)NORTHWEST SAVINGS BANK
P O BOX 337
WARREN PA 16365-0337

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

One Advantage LLC
PO Box 23860
Belleville, IL 62223-0860

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Receivables Outsourcing LLC
PO Box 62850
Baltimore, MD 21264-2850

Syncb / Nationwide / Brand D
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

UPMC Northwest
2 Hot Metal Street
Quantum One Building
3rd Floor
Pittsburgh, PA 15203-2348

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Upp - University of Pittsburgh Physician
Quantum One
2nd Floor
Suite 257
PA 15203 Philadelphia

Venango Diagnostic Imaging
PO Box 6138
Hermitage, PA 16148-0922

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com