Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John C. Lackatos** | : | Case No. 18−10061−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per Doc No. 32 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 3rd of May, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10061-TPA
John C. Lackatos                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                    User: lmar                      Page 1 of 2                  Date Rcvd: May 03, 2019
                                        Form ID: 309                    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db             +John C. Lackatos,   PO Box 729,   Franklin, PA 16323-0729
cr             +Northwest Bank,   PO Box 337,   Warren, PA 16365-0337
14805385       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14763403       +Bay City OrthoCare LLC,   2313 Peach Street,   Erie, PA 16502-2822
14763405       +CIOX Health,   PO Box 409740,   Atlanta, GA 30384-9740
14763406       +Citibank / Sears,   Citicorp Credit Services,   Po Box 790040,   Saint Louis, MO 63179-0040
14763407       +Community Medicine, Inc.,   1024 West View Park Drive,   Pittsburgh, PA 15229-1771
14763409       +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge Street,   Mailstop Code 3290,
                 Omaha, NE 68102-1593
14763410       +First National Bank Of Pa,   1 Fnb Boulevard,   Hermitage, PA 16148-3363
14810303       +First National Bank of Pennsylvania,   4140 E. State Street,   Hermitage, PA 16148-3401
14763412       +Jared Galleria / Gfs,   375 Ghent Road,   Akron, OH 44333-4601
14763413       +MedCare Equipment Company LLC,   PO Box 5029,   Greensburg, PA 15601-5058
14763415      ++NORTHWEST SAVINGS BANK,   P O BOX 337,   WARREN PA 16365-0337
                 (address filed with court: Northwest Savings Bank,   100 Liberty Street,   Warren, PA 16365)
14763414       +North American Partners in Anesthesia,   PO Box 275,   Glen Head, NY 11545-0275
14763416       +One Advantage LLC,   PO Box 23860,   Belleville, IL 62223-0860
14763417       +Receivables Outsourcing LLC,   PO Box 62850,   Baltimore, MD 21264-2850
14763420       +UPMC Health Services,   PO Box 371472,   Pittsburgh, PA 15250-7472
14796387        UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14796603        UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14763422        Upp - University of Pittsburgh Physician,   Quantum One,   2nd Floor,   Suite 257,
                 Pittsburgh, PA 15203
14763423       +Venango Diagnostic Imaging,   PO Box 6138,   Hermitage, PA 16148-0922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14763401       +EDI: AMEREXPR.COM May 04 2019 06:13:00      Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
14763402       +EDI: BANKAMER.COM May 04 2019 06:13:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
14789358        EDI: BANKAMER.COM May 04 2019 06:13:00      Bank Of America, N.A.,   PO BOX 31785,
                 Tampa, FL 33631-3785
14763404       +EDI: CHASE.COM May 04 2019 06:13:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14766543        EDI: DISCOVER.COM May 04 2019 06:13:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
14763408       +EDI: DISCOVER.COM May 04 2019 06:13:00      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14763411        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com May 04 2019 02:22:39
                 Gateway One Lending & Finance,   160 North Riverview Drive,   Suite 100,   Anaheim, CA 92808
14763418       +EDI: RMSC.COM May 04 2019 06:13:00      Syncb / Nationwide / Brand D,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14763419       +EDI: RMSC.COM May 04 2019 06:13:00      Synchrony Bank / Amazon,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14763421       +E-mail/Text: BankruptcyNotice@upmc.edu May 04 2019 02:23:41      UPMC Northwest,
                 2 Hot Metal Street,   Quantum One Building,   3rd Floor,   Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank Of America, N.A.
14805403*      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: lmar                  Page 2 of 2                   Date Rcvd: May 03, 2019
                               Form ID: 309                Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor John C. Lackatos dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```