**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| John C. Lackatos, | : | Bankruptcy No: 18-10061-TPA |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Bank of America, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:**      **Bank of America**
**Incorrect Address:**  **PO Box 26012, Greensboro NC 27420-6012**
**Correct Address:**    **100 North Tryon Street, Charlotte NC 28255**

Respectfully Submitted,

Date: May 14, 2019

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors