**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN C. LACKATOS

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:18-10061 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/24/2018 and confirmed on 04/24/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,435.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,435.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,000.00 | |
|   Trustee Fee | 1,110.98 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,110.98 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NORTHWEST BANK* | 0.00 | 13,607.30 | 0.00 | 13,607.30 |
|   Acct: 4558 | | | | |
| NORTHWEST BANK* | 0.00 | 2,738.56 | 0.00 | 2,738.56 |
|   Acct: 4566 | | | | |
| NORTHWEST BANK* | 1,971.60 | 0.00 | 0.00 | 0.00 |
|   Acct: 4558 | | | | |
| NORTHWEST BANK* | 397.50 | 0.00 | 0.00 | 0.00 |
|   Acct: 4566 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3043 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 9,305.35 | 5,556.59 | 421.57 | 5,978.16 |
|   Acct: 5865 | | | | |
| | | | | 22,324.02 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN C. LACKATOS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 18-10061 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | | |
| | FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | * * * N O N E * * * | | | |
| **Unsecured** | | | | | |
| | DISCOVER BANK(*) | 4,433.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 9388 | | | | |
| | UPMC HEALTH SERVICES | 27,919.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1321 | | | | |
| | UPMC PHYSICIAN SERVICES | 2,831.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 1321 | | | | |
| | BANK OF AMERICA NA** | 16,054.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 5106 | | | | |
| | BAY CITY ORTHOCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3159 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8952 | | | | |
| | CIOX HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2330 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5279 | | | | |
| | COMMUNITY MEDICINE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MEDCARE EQUIPMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0435 | | | | |
| | NORTH AMERICAN PARTNERS IN ANESTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5296 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7184 | | | | |
| | UPP - UNIVERSITY OF PITTSBURGH PHYS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VENANGO DIAGNOSTIC IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BANK OF AMERICA NA** | 23,203.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 6238 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ONE ADVANTAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RECEIVABLES OUTSOURCING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                           22,324.02

```
TOTAL CLAIMED
  PRIORITY                 0.00
  SECURED             11,674.45
  UNSECURED           74.441.77
```

Date: 06/10/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com